1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12   SYLAS GLENN BROWNRIDGE,        )      No. CV 06-3993 R (CW)
                                    )
13               Petitioner,        )      ORDER ACCEPTING REPORT AND
                                    )      RECOMMENDATION OF UNITED STATES
14          v.                      )      MAGISTRATE JUDGE
                                    )
15   D. OLLISON (Warden),           )
                                    )
16               Respondent.        )
     ───────────────────────────────)
17
18        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

19   entire record in this action, as well as the Report and Recommendation

20   of the United States Magistrate Judge.  No objections to the Report

21   and Recommendation have been received.

22        **IT IS ORDERED**: (1) that the Report and Recommendation of the

23   United States Magistrate Judge be accepted; and (2) that judgment be

24   entered denying the petition and dismissing this action with

25   prejudice.

     //
26
     //
27
     //
28
     //

1    **IT IS FURTHER ORDERED** that this order and the judgment herein be

2  served on the parties.

3

4  DATED: <u>April 13, 2010  </u>

5

6  _____

7              MANUEL L. REAL
         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2