**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLAS GLENN BROWNRIDGE,⁣ ⁣ ⁣ ) | No. CV 06-3993 R (CW) |
| ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ) | |
| ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ Petitioner,⁣ ⁣ ) | JUDGMENT |
| ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ) | |
| ⁣ ⁣ ⁣ ⁣ v.⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ) | |
| ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ) | |
| D. OLLISON (Warden),⁣ ⁣ ⁣ ) | |
| ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ) | |
| ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ Respondent.⁣ ⁣ ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  April 13, 2010

_____
MANUEL L. REAL
United States District Judge

1